# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR2328-DMS |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ALBERTO ROMERO, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8 U.S.C. 1324(a)(2)(B)(ii) and 18 U.S.C 2 and 8 U.S.C. 1324(a)(1)(A)(iv), (v)(II)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 29, 2018

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE